In the matter of the estate of Jane A. McCabe, deceased.

[Submitted May term, 1937. Decided September 22d, 1937.]

442

*Mr. Joseph C. Paul,* for the appellants.

*Mr. Henry J. Camby,* for the respondent.

*Messrs. Pitney, Hardin & Skinner,* for the administrator *pendente lile.*

PER CURIAM.

We have carefully examined the record and briefs submitted, and are of the opinion that the conclusions of the learned vice-ordinary are abundantly supported by the proofs adduced.

The decree appealed from will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.